IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02773-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 50.183.54.49,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on January 15, 2015 (ECF No. 12), it is

ORDERED that Defendant John Doe and this action are **DISMISSED WITHOUT PREJUDICE**.

Dated:  January 15, 2015

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          Wiley Y. Daniel
                          Senior United States District Judge